**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cr-00017-TWP-VTW |
| | ) | |
| CHRISTOPHER HILL, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING FINAL PRETRIAL AND PRETRIAL FILING DEADLINES

The trial by jury in this matter remains set for January 25, 2021 at 9:00 a.m. Accordingly, this matter is set for final pretrial conference on January 5, 2021 at 11:00 a.m. in Room 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. Counsel shall be prepared to fully discuss the status of the action in accordance with the agenda for final pretrial conferences set out in this **Court's Courtroom Practice and Trial Procedures**. The Defendant is ordered to appear at the final pretrial conference.

To promote the orderly progression of this case, the following pretrial deadlines are set. If a petition to enter a plea of guilty is filed prior to the first pretrial filing deadline, then the deadlines below will be vacated. If a motion to continue the trial is filed prior to the first pretrial filing deadline, then the deadlines will be continued in conjunction with the continuance of the final pretrial and trial dates.

| ITEM | DESCRIPTION | DEADLINE |
|---|---|---|
| Filing of motions that must be made pursuant to Fed. R. Crim. P. 12(b)(3) | Any motion listed in Fed. R. Crim. P. 12(b)(3), except for a motion of discovery | Two weeks prior to the final pretrial |
| Filing of motions to change venue or division | *See* Fed. R. Crim. P. 18, 21 | Two weeks prior to the final pretrial |

| Filing of notices of certain defenses | Any defenses specified in Fed. R. Crim. P. 12.1, 12.2, or 12.3 | Two weeks prior to the final pretrial |
|---|---|---|
| Government's pre-trial disclosure (non-expert) | All information subject to disclosure under Fed. R. Crim. P. 16(a)(1)(A)-(F) | Two weeks prior to the final pretrial |
| Government's pre-trial disclosure (expert) | Expert information subject to disclosure under Fed. R. Crim. P. 16(a)(1)(G) | Two weeks prior to the final pretrial |
| Defendant's pre-trial disclosure (non-expert) | All information subject to disclosure under Fed. R. Crim. P. 16(b)(1)(A)-(B) | Two weeks prior to the final pretrial |
| Defendant's pre-trial disclosure (expert) | Expert information subject to disclosure under Fed. R. Crim. P. 16(b)(1)(C) | Two weeks prior to the final pretrial |
| Filing of notice of Rule 404(b) Evidence | If the Government intends to offer evidence of other crimes, wrongs, or acts at trial, the Government must file a notice setting forth the nature of such evidence and the purpose(s) for which it will be offered. | Two weeks prior to the final pretrial |
| Transcripts of wiretaps | If the Government intends to introduce into evidence transcripts of wiretaps at trial as part of its case-in-chief, it must provide the defense with copies of those transcripts. | Two weeks prior to the final pretrial |
| Counter-designations of wiretaps | If the defense intends to introduce additional wiretap transcripts as part of the defense case-in-chief, the defense must provide the Government with copies of those transcripts. | Two weeks prior to the final pretrial |
| Motions for additional discovery or inspection | If, despite having first met and conferred, the parties are unable to resolve disputes about additional information that must be exchanged, they may file a motion for the Court's ruling. Any motions for third-party subpoenas returnable before trial must also be filed by this date. | Two weeks prior to the final pretrial |
| Filing of Government's trial witness and exhibit list | A list of witnesses whom the Government intends to call and the exhibits it intends to introduce as part of its case-in-chief. | Two weeks prior to the final pretrial |

| Filing of Defense's trial witness and exhibit list | A list of witnesses whom the defense intends to call and exhibits it intends to introduce as part of the defense case-in-chief. | Two weeks prior to the final pretrial |
|---|---|---|
| Filing of motions in *limine* | If any party desires a pre-trial evidentiary ruling the party may move for it in *limine*. Motions in *limine* include *Santiago* proffers. | Two weeks prior to the final pretrial |
| Filing of responses to motions in *limine* | The date by which the response brief, if any, is due to motions in *limine*. | One week prior to the final pretrial |
| Filing of stipulations | The parties are encouraged to stipulate to the extent possible, consistent with counsel's professional obligations. Stipulations must be signed and filed. | Prior to trial |
| Filing of proposed preliminary jury instructions and objections. | Parties may submit any proposed preliminary instructions one week prior to the final pretrial. The week before trial, the Courtroom Deputy will email the Court's preliminary instructions. If any party objects to the Court's standard preliminary jury instructions or to any other party's proposed preliminary instructions, the party must file a written objection specifying the grounds for the objection and applicable authority. | One week prior to the final pretrial |
| Filing of proposed final jury instructions and objections to proposed final jury instructions | The parties are to confer regarding proposed final jury instructions and submit them in a single document comprising all proposed final instructions. The document should contain the proposed final instruction, the Government's objection (if any) and the defendant's objection (if any) and then move on to the next instruction. Proposals should be **filed and emailed to the Courtroom Deputy in Word format**. | One week prior to the final pretrial |
| Filing of proposed voir dire and objections. | The parties may submit proposed voir dire which they would like the court to ask of the venire. If any party objects to the other parties proposed voir dire question, the objection must be in writing and filed on CMECF. | One week prior to the final pretrial |

| Submission of agreed verdict forms | The parties must meet and confer regarding the forms of the verdict. If they agree, they should email the forms in Word to the Courtroom Deputy. If they cannot agree, they must **file and email** their competing verdict forms. | One week prior to the final pretrial |
|---|---|---|

IT IS SO ORDERED.

Date:   11/24/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James Adrian Earhart
attyearhart@aol.com

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov