UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                            CRIMINAL ACTION NO. 4:20-CR-00017-TWP-VTW

CHRISTOPHER HILL                                                  DEFENDANT

**ORDER**

This matter is before the Court on Defendant's motion for a continuance of the April 5, 2021 trial (Dkt. No. 24). The Court, having considered the motion, now finds that the motion for continuance should be granted.

IT IS THEREFORE ORDERED that the April 5, 2021 trial date and the March 17, 2021 final pretrial conference date are VACATED. This action is RESCHEDULED for final pretrial conference on June 23, 2021 at 2:00 p.m. in Room 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana and trial by jury on July 12, 2021 at 9:00 a.m. in Room 200, United States Courthouse, New Albany, Indiana. The Defendant shall appear at the final pretrial conference.

Additionally, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial. The time that lapses between the April 5, 2021 trial date and the July 12, 2021 trial date is excludable under 18 U.S.C. § 3161 et seq.

The deadlines for pretrial filings remain set in accordance with Dkt. 23.

Date: 3/2/2021

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF