# K9 UNIT
# JEFFERSONVILLE POLICE DEPARTMENT

RECORD STATUS - COMPLETE/APPROVED

# K-9 DEPLOYMENT DETAIL REPORT

| TYPE | **Apprehension** | | | AGENCY # | 2020-53107 |
|---|---|---|---|---|---|
| STARTED | 11/5/2020 7:44 PM | ENDED | 11/5/2020 9:44 PM | REFERENCE # | T-201161122 |
| LOCATION | Hospitality Way @ Eastern Blvd Jeffersonville, IN | | | | West |
| ORIGI/ REQ. AGENCY | Jeffersonville Police Department | | ENTERED BY | Denver Leverett | |
| HIGHEST CHARGE LEVEL | Felony | | | # OF ARRESTS | 2 |

## ACTIVITIES (1)

| 1 | **K9 Apprehensions-** | | | Denver Leverett / K-9 Flex |
|---|---|---|---|---|
| 7:44 PM | Loc Type: [Vehicle] | | Overall: [Successful Track/ Successful Location] | No Search |
| | Specific Loc: [Vehicle] | | Alert Given: [NO] Indication: [NO] Subst. Pres: [NO] Substantiated: [NO] Loc. Known: [NO] Veh. Rel: [YES] | |
| | Distractions: [] | | COND: , TEMP: N/A, HUM: , WIND DIR: , WIND SPD: | |

### TRAINING FIND ITEMS (0)

## RECORD NOTES (1)

[NARRATIVE]   Denver Leverett On or about Thursday, November, 5th 2020 at approximately 7:44PM at Hospitality Way and Eastern Blvd Sergeant Denver Leverett did deploy K9 Flex in relation to an Apprehension. During the course of this deployment K9 Flex was directed to perform the following tasks:

(1) Apprehension

On 11/05/2020 at approximately 7:44PM Sergeant Denver Leverett and K9 Flex assisted the Jeffersonville Police Department SWAT Team on the execution of a high risk felony traffic stop on Hospitality Way and Eastern Blvd where the driver, identified as Christopher Hill 12/04/1987 B/M, would be placed under arrest for outstanding felony warrants out of Louisville KY for:

Trafficking in Controlled Substance (1st Degree)
Receiving Stolen Property ($10,000 or more)
Possession of Handgun by Convicted Felon
Wanton Endangerment (1st Degree)
Assault (4th Degree)
Possession of Drug Paraphernalia
Operating on Suspended License
Giving Officer False Information
Possession of Marijuana

Mr Hill would also be placed under arrest for Conspiracy to Deal Methamphetamine o/10 grams (Level 2 Felony) where with the use of a Confidential Informant Mr Hill agreed to deliver approximately 4oz of methamphetamine to an agreed upon meeting location. Prior to the high risk felony traffic stop Sergeant Leverett had the knowledge through the Drug Investigation Unit and the Federal Bureau of Investigation Mr Hill was considered armed and dangerous and he would be in possession of a handgun and a bullet proof vest during the drug deal. Sergeant Leverett also had information Mr Hill was known to have shot at people on prior occasions and would resist law enforcement.

During the high risk felony traffic stop Sergeant Leverett had K9 Flex under physical control while giving Mr Hill loud and clear verbal commands to exit the vehicle and surrender peacefully without incident. Sergeant Leverett gave Mr Hill numerous commands to exit the vehicle, face away from officers and keep his hands up in the air for safety reasons but he refused to comply repeatedly. Mr Hill made furtive movements with his hands by dropping them towards his waistband, concealing them and even reaching towards the interior of the vehicle. During this time period Sergeant Leverett feared Mr Hill was planning to retrieve a handgun and escalate the situation based off the totality of the circumstances.

At this point SWAT Operator Aaron Olson fired one less lethal 40mm minution round striking Mr Hill in the lower left leg and immediately thereafter K9 Flex was deployed off lead for apprehension where K9 Flex engaged Mr Hill in the upper right arm. Sergeant Leverett and the SWAT team immediately converged on Mr Hill to take him into custody but he continued to fight and resist officers by refusing to place his hands behind his back and he tightened his arm muscles where he tried to yank them away from the SWAT team. Once Mr Hill was physically subdued and able to be handcuffed by the SWAT team K9 Flex was commanded to immediately release the engagement with a tactical out.

Mr Hill was treated by EMS on scene and subsequently transported to the Clark County ER for injuries sustained during the arrest. Sergeant Leverett documented all injuries sustained to Mr Hill with photographs. Investigation documented by Sergeant Leverett's body worn camera system.

| Officer's Digital Signature | Denver Leverett [Digitally Signed: 11/6/2020 1:06:40 PM] | Callout: [NO] | UOF: [YES] | Demonstration: [NO] |
|---|---|---|---|---|
| Approving Signature | Denver Leverett [Digitally Signed: 11/6/2020 1:07:56 PM] | Warrant by K9: [NO] | | Warrant #: [N/A] |