FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

Date of entry: 12/16/2020

On December 16, 2020, the writer obtained evidence from the Jeffersonville Police Department related to the arrest of Chris Hill. The writer met with Detective Todd Wilson and Detective Tom Oneil on November 5, 2020. The writer executed the JPD Chain of Custody and retained a copy. The copy is included in the 1A file.

Evidence Items collected:

1. (2) Clear plastic bags containing crystal rock like substance.

2. White cloth "Air Jordan" zippered bag.

3. $5,030 United States Currency.

4. $60.00 United States Currency.

5. Plastic pouch "Dirty Fana" containing leafy substance.

6. Motorola cellular phone with red and black case.

7. Kentucky Driver's License belonging to Chris Hill.

8. Samsung cellular phone with a red and black case.

9. Blue Motorola cellular phone.

10. LG smart phone blue in color.

11. Clear glass smoking pipe.

12. Green leafy substance

13. Black ballistic without any armored plates or fabric.

UNCLASSIFIED//FOUO

Investigation on 12/16/2020 at Jeffersonville, Indiana, United States (In Person)

File # 281D-IP-3344511                    Date drafted 12/16/2020

by HORNBACK JR RONALD A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED//FOUO**

281D-IP-3344511

Continuation of FD-302 of  (U//FOUO) Obtained evidence from the Jeffersonville Police Department  , On 12/16/2020 , Page 2 of 2