UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                CRIMINAL ACTION NO. 4:20-CR-00017-TWP-VTW

CHRISTOPHER HILL                                                      DEFENDANT

**ORDER**

Upon motion the defendant, by counsel, James A. Earhart, to suppress all evidence obtained subsequent to and as a result of the unreasonable search and seizure in violation of the Fourth Amendment to the United States Constitution of the defendant through the use of excess force during the arrest and seizure of HILL, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion to suppress be, and the same hereby is **GRANTED** as to all items of evidence recovered from Hill and/or the vehicle subsequent to the arrest and seizure of Hill.