UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:20-cr-0017-TWP-VTW |
| ) | |
| CHRISTOPHER HILL, ) | |
| ) | |
| Defendant. ) | |

**RESPONSE OF THE UNITED STATES IN OPPOSITION TO THE DEFENDANT'S REQUEST FOR NOTICE OF GOVERNMENT'S INTENT TO INTRODUCE 404(B) EVIDENCE**

The United States, by counsel, respectfully submits this response in opposition to the defendant's request for notice of government's intent to introduce Rule 404(b) evidence. (Dkt. 28.)

The United States opposes the motion not because the defendant is not entitled to such notice, but because the Court has already established pretrial deadlines for its production, along with a myriad of other pretrial submissions and disclosures. (Dkt. 21.)

The defendant does not state any reason for deviating from the Court's previously established pretrial deadlines, and to the extent he asks the Court to do so here, the Court should deny the motion. The United States respectfully submits that following the Court's previously pretrial deadlines will promote clarity and efficiency as the parties prepare for trial.

The United States anticipates that, in the event it intends to introduce Rule 404(b) evidence, it will provide notice to the defendant in accordance with the Court's pretrial order.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

/s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney