UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:20-cr-0017-TWP-VTW |
| | ) | |
| CHRISTOPHER HILL, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE OF THE UNITED STATES IN OPPOSITION TO THE DEFENDANT'S MOTION TO COMPEL THE PRODUCTION OF ALL JPD K9 DEPLOYMENT DETAIL REPORTS**

The United States, by counsel, respectfully submits this response in opposition to the defendant's motion to compel the production of all JPD K9 deployment detail reports (Dkt. 27). The Court should deny the motion for the reasons stated herein.

The defendant seeks all Jeffersonville Police Department (JPD) K9 Deployment Detail Reports for the last 3 years, not just for Sergeant Denver Leverett and his K9 Flex. He claims these records are "potentially favorable evidence in support of the motion to suppress evidence as a result of the use of excessive force by the JPD." (Dkt. 27.) Those records, to the extent they exist, are not in the custody and control of the United States. Nor do they fall within any category of information encompassed by Rule 16. Perhaps important, the records are not material to the resolution of the defendant's motion to suppress for all of the reasons stated in the response of the United States to that motion,

which the United States adopts and incorporates into this response. They may well have relevance in the context of a civil suit, but they can have no relevance here in the context of the defendant's criminal case or his motion to suppress.

The defendant's motion should therefore be denied. In the event that the Court determines a hearing is necessary regarding the defendant's motion to suppress, the United States will acquire and disclose to the defense any available K9 training and certification records relating to Flex and Sergeant Leverett, as they were involved in the arrest of the defendant.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

/s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney