**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:20-cr-00017-TWP-VTW |
| CHRISTOPHER HILL, | ) ) -01 |
| Defendant. | ) ) |

**ORDER**

The Court has received a letter in support of Defendant. The Clerk of the Court shall docket the letter as a restricted access filing using the sentencing letter event and distribute a copy to counsel of record.

IT IS SO ORDERED.

Date: 12/22/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov

Larry D. Simon
SIMON LAW OFFICE
larrysimonlawoffice@gmail.com