# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

V.

**CAUSE NO: 4:20-CR-17-TWP-VTW**

CHRISTOPHER HILL                                    DEFENDANT

**Electronically Filed**

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE FINAL PRETIAL CONFERENCE AND TRIAL DATES

\*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*

Comes the Defendant, CHRISTOPHER HILL, by his appointed counsel, and moves this Court to continue the final Pretrial conference and trial dates scheduled in the above-styled action. As grounds, the Defendant states as follows:

1. That the above-named Defendant is charged in a Superseding Indictment for knowingly possessing with intent to distribute 50 or more grams of methamphetamine, as proscribed by 21 U.S.C. Section 841(a)(1) and (b)(1)(A)(viii) [DN 40].

2. The undersigned submits that a postponement of the currently scheduled trial date of May 23, 2022, is necessary. Undersigned counsel continues to consult with his client and counsel for the United States regarding a potential plea agreement; however, an agreement has not been reached at this point in the case. Undersigned counsel believes that additional tasks are necessary to prepare for trial should efforts to resolve the case by agreement fail.

3. The representative of the United States has authorized the undersigned to inform the Court that there is no opposition to this Motion to Continue.

4.  Therefore, the Defendant CHRISTOPHER HILL, waives his right to proceed to trial pursuant to 18 U.S.C. Section 3161(h), since proceeding to trial on the currently scheduled date would deny Defendant's counsel the reasonable time necessary for potentially resolving this action by agreement, or alternatively, effectively preparing for jury trial, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(B)(iv).

> Respectfully submitted,
>
> **s/LARRY D. SIMON**
> LARRY D. SIMON
> Attorney for Defendant CHRISTOPHER HILL
> 471 West Main Street, Suite 200
> Louisville, Kentucky 40202
> (502) 589-4566
> larrysimonlawoffice@gmail.com

## CERTIFICATION

I hereby certify that on April 12, 2022, a copy of the foregoing Motion to Continue the Final Pretrial Conference and Trial Date was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

> s/LARRY D. SIMON
> LARRY D. SIMON