UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff | )<br>)<br>) |
|     v. | ) CAUSE NO: 4:20-CR-17-TWP-VTW<br>) |
| CHRISTOPHER HILL,<br>      Defendant | )<br>)<br>)<br>) |

**ORDER ON DEFENDANT'S UNOPPOSED
MOTION FOR CONTINUANCE**

  This matter is before the Court on the unopposed motion for a continuance of the May 4, 2022, Final Pretrial Conference and the May 23, 2022, jury trial. The Court, having considered the motion, now finds that the motion for continuance should be granted.

  IT IS THEREFORE ORDERED that the May 4, 2022, Final Pretrial Conference and the May 23, 2022, Trial dates are VACATED. This action is RESCHEDULED for a Final Pretrial Conference in Indianapolis on _____, 2022; trial by jury on _____, 2022, at 9:00 A.M. in Room 200, United States Courthouse, New Albany, Indiana.

  Additionally, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial. The time that lapses between the May 23, 2022, trial date and the _____, 2022, trial date is excludable under 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

_____

TANYA WALTON PRATT, Judge
United States District Court
Southern District of Indiana

Distribution: Counsel of Record