# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.

**CAUSE NO: 4:20-CR-17-TWP-VTW**

CHRISTOPHER HILL                                            DEFENDANT

**Electronically Filed**

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE INITIAL HEARING ON THE SECOND SUPERSEDING INDICTMENT

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Comes the Defendant, CHRISTOPHER HILL, by his appointed counsel, and moves this Court to continue the time of the scheduled Initial Hearing on the Second Superseding Indictment in the above-styled action. As grounds, the Defendant states as follows:

1. That the above-named Defendant is charged in a Second Superseding Indictment for knowingly possessing with intent to distribute 50 or more grams of methamphetamine, as proscribed by 21 U.S.C. Section 841(a)(1) and (b)(1)(A)(viii) [DN 40].

2. The Defendant desires to participate in the currently scheduled virtual Initial Hearing; however, undersigned counsel has a calendar conflict and requests rescheduling the time of this Hearing to 11:30 A.M. on September 28, 2022.

3. The representative of the United States has no opposition to this Motion to Continue the time of the Initial Hearing.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant CHRISTOPHER HILL
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

## CERTIFICATION

I hereby certify that on September 15, 2022, a copy of the foregoing Motion to Continue the Initial Hearing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/LARRY D. SIMON
LARRY D. SIMON