# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20-cr-00017-TWP-VTW |
| CHRISTOPHER HILL, | ) ) | -01 |
| Defendant. | ) ) | |

## ENTRY FOR OCTOBER 6, 2022
## THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

The Government appeared by William Lance McCoskey, Assistant United States Attorney. The Defendant appeared in person, in custody, and by CJA counsel Larry Simon. David Moxley was the Court Reporter. Parties appeared for final pretrial at the Indianapolis Courthouse.

Discussion held regarding pending motions, anticipated witnesses and exhibits. The Court will issue a separate Entry consistent with Federal Rule of Criminal Procedure 17.1

This matter remains set for trial by jury on November 1, 2022 at 9:00 a.m. in Courtroom 200, Lee H. Hamilton Federal Building and U.S. Courthouse, New Albany, Indiana.

IT IS SO ORDERED.

Date: 10/6/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeremy Carl Fugate
DOJ-Civ
jeremy.fugate@usdoj.gov

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov

Larry D. Simon
Larry D. Simon
larrysimonlawoffice@gmail.com